# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY EDUARDO RAMOS-FIGUEROA,<br><br>Defendant. | Case No. 20-cr-00762-BAS-1<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 37)** |

Defendant Roy Eduardo Ramos-Figueroa, self-represented, asks for early termination of his supervised release. (ECF No. 37.) This Court sentenced Defendant in 2020. After serving his sentence, Defendant relocated to Florida. So, the Court granted a request by the Probation Department to transfer jurisdiction to the U.S. District Court for the Middle District of Florida. (ECF No. 34.)

Because the District Court for the Middle District of Florida now has jurisdiction over Defendant, that court must be the one to consider Defendant's request for early termination of supervised release. *See United States v. Rosa-Marte*, 757 F. Supp. 3d 158, 159 (D. Mass. 2024) ("Regardless of the merits of defendant's motion, if any, the motion will be denied because this Court no longer has jurisdiction over his supervised release."); *see also United States v. Sastrom*, 96 F.4th 33, 38 (1st Cir. 2024).

- 1 -

Therefore, the Court **DENIES WITHOUT PREJUDICE** Defendant's request. Defendant should refile his Motion in the U.S. District Court for the Middle District of Florida.

**IT IS SO ORDERED.**

**DATED: May 2, 2025**

Hon. Cynthia Bashant
United States District Judge